IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 25-472 (ADC) |
| | VIOLATIONS: 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (v)(I) |
| MADSIN EFEL MERCADO-SOTO, | |
| Defendant | (TWO COUNTS) |

THE GRAND JURY CHARGES:

### COUNT ONE
**Conspiracy to Transport Certain Aliens within the United States**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(ii) & (v)(I))

Beginning on a date unknown, but not later than in or around March 14, 2025, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendant,

**MADSIN EFEL MERCADO-SOTO,**

did knowingly and intentionally combine, conspire, confederate and agree with other persons unknown to the Grand Jury, knowing and in reckless disregard of the fact that certain aliens, namely J.D.P., M.E.M., and D.D.C. had come to, entered and remained in the United States in violation of law, to transport said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (v)(I).

### COUNT TWO
**Transporting Certain Aliens within the United States**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(ii))

On or about March 14, 2025, in the District of Puerto Rico, within the jurisdiction of this Court, the defendant,

## MADSIN EFEL MERCADO-SOTO,

knowing and in reckless disregard of the fact that certain aliens, namely J.D.P., M.E.M. and D.D.C. had come to, entered and remained in the United States in violation of law, attempted to and did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law. All in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 6-XI-2025

2